**AKERMAN LLP**
Ellen S. Robbins (State Bar No. 298044)
*ellen.robbins@akerman.com*
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendants,
PALMETTO STATE ARMORY, LLC
and JJE CAPITAL HOLDINGS, LLC

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JARED WILKINS, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PALMETTO STATE ARMORY, LLC and JJE CAPITAL HOLDINGS, LLC,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF ELLEN S. ROBBINS**<br><br>(Removed from San Bernadino County Superior Court, Case No. CIVSB2620551) |

AKERMAN LLP
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Tel.: (213) 688-9500 – Fax: (213) 627-6342

# DECLARATION OF ELLEN S. ROBBINS

I, Ellen S. Robbins, declare and state as follows:

1. I am a partner at the law firm Akerman, LLP, attorney of record for Palmetto State Armory, LLC ("Palmetto") and JJE Capital Holdings, LLC ("JJE") (collectively, "Defendants"), the defendants in the above-captioned lawsuit. I am admitted to practice in the State of California and the United States District Court for the Central District of California. I offer this declaration in support of Defendants' Removal of the instant lawsuit from the Superior Court of the State of California, in and for the County of San Bernadino, to the United States District Court, Central District of California. I have personal knowledge of all the facts set forth in this declaration (unless otherwise noted), and, if called to testify, I could and would competently testify to them.

2. On or about July 13, 2026, Plaintiff Jared Wilkins commenced the instant action against Defendants in the Superior Court of California, County of San Bernadino, titled *Jared Wilkins v. Palmetto State Armory, LLC,* Case No. CIVSB2620551. Copies of the Class Action Complaint, Summons, Civil Case Cover Sheet, Certificate of Assignment, Notice of Case Assignment for All Purposes and Notice of Management Conference, and ADR Pamphlet were served on Defendants on or about July 22, 2026.

3. Attached hereto as **Exhibit A** is a true and correct copy of Class Action Complaint filed in the San Bernadino County Superior Court on or around July 13, 2026 and served on Palmetto on or around July 22, 2026.

4. Attached hereto as **Exhibit B** is a true and correct copy of Class Action Complaint filed in the San Bernadino County Superior Court on or around July 13, 2026 and served on JJE on or around July 22, 2026.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Summons served on Palmetto on or around July 22, 2026.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Summons served on JJE on or around July 22, 2026.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Civil Case Cover Sheet served on Palmetto on or around July 22, 2026.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Civil Case Cover Sheet served on JJE on or around July 22, 2026.

9. Attached hereto as **Exhibit G** is a true and correct copy of the Certificate of Assignment served on Palmetto on or around July 22, 2026.

10. Attached hereto as **Exhibit H** is a true and correct copy of the Certificate of Assignment served on JJE on or around July 22, 2026.

11. Attached hereto as **Exhibit I** is a true and correct copy of the Notice of Case Assignment for All Purposes and Notice of Management Conference served on Palmetto on or around July 22, 2026.

12. Attached hereto as **Exhibit J** is a true and correct copy of the Notice of Case Assignment for All Purposes and Notice of Management Conference served on JJE on or around July 22, 2026.

13. Attached hereto as **Exhibit K** is a true and correct copy of the ADR Pamphlet served on Palmetto on or around July 22, 2026.

14. Attached hereto as **Exhibit L** is a true and correct copy of the ADR Pamphlet served on JJE on or around July 22, 2026.

15. Exhibits A through Exhibit L constitute all "process, pleadings, and orders" thus far "served upon" Defendants in this action, as required by 28 U.S.C. § 1446(a).

16. As of the filing of this Removal, Defendants have not answered the Complaint.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on this 3rd day of August, 2026 at Los Angeles, California.

*<u>/s/ Ellen S. Robbins</u>*
Ellen S. Robbins

AKERMAN LLP
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Tel.: (213) 688-9500 – Fax: (213) 627-6342