UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JARED WILKINS, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PALMETTO STATE ARMORY, LLC and JJE CAPITAL HOLDINGS, LLC,<br><br>Defendants. | CASE NO. 5:26-CV-04355-JGB-DTBx<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

# ORDER

WHEREAS, Plaintiff filed its Complaint (*see* Dkt. 1-1 & 1-2) against Defendants on July 13, 2026;

WHEREAS, Defendants were served with the Summons and Complaint (among other papers) on July 22, 2026 (*see* Dkt. 1-1 & 1-4);

WHEREAS, on August 3, 2026, Defendants removed this case to this Court (Dkt. 1);

WHEREAS, Defendants' response to the Complaint was originally due August 12, 2026;

WHEREAS, Plaintiff previously agreed to grant Defendants an extension of 30 days from the original response deadline within which to file a responsive pleading—i.e., September 11, 2026;

WHEREAS, the Parties have engaged in an informal exchange of information in an attempt to resolve this action before the parties are required to invest time and resources in litigation;

WHEREAS, Plaintiff has agreed to grant Defendants an extension of the deadline of no more than 30 days from the current response deadline within which to file a responsive pleading. Specifically, Plaintiff has agreed that Defendants shall have until October 13, 2026, to file a responsive pleading;

Finding good cause therefore, the Court ORDERS as follows:

1. Defendants' response to the Complaint is due October 13, 2026.

**IT IS SO ORDERED.**

DATED: September 15, 2026

HON. JESUS G. BERNAL
U.S. District Judge